PEOPLE EX REL. GEORGE L. MALTZ v. THE BOARD OF EDUCATION OF WILSON TOWNSHIP.

*Enforcement of school-district orders by assignee.*

The assignee of school district orders due from one district to another cannot enforce their collection by mandamus, but must proceed through his assignor.

MANDAMUS to compel the respondent to pay a proportion of the orders of a school district of which it was formerly a part. Submitted Oct. 7. Denied Oct. 8.

*J. D. Turnbull* for the writ.

In 1867, school district No. 1 of Alpena, the territory of which now lies in three distinct townships, was subdivided and three new school districts were created, but it was provided that the new district of Alpena was to be primarily liable on the orders of the original district, and the others were to pay their proportion to the board

of education of Alpena. Two districts have already paid, but one refuses, and Maltz, as holder and owner of the orders, asks for a mandamus to compel it to pay.

PER CURIAM. Relator has mistaken his remedy: the school district of Alpena is entitled to have the money paid to itself, and this is an indirect way of collecting his claim against a district with which he never contracted. He must get his redress through the instrumentality of the Alpena district, and that district is the only party having a claim against the new one.

Mandamus denied.